No. 19,249.

THE E. G. RALL GRAIN COMPANY V. THE MISSOURI MISSOURI PACIFIC RAILWAY COMPANY et al., *Appellees.*

No. 19,306.

THE E. G. RALL GRAIN COMPANY, *Appellee,* V. THE MISSOURI PACIFIC RAILWAY COMPANY, *Appellant,* and THE KEMPER GRAIN COMPANY et al., *Appellees.*

No. 19,489.

THE E. G. RALL GRAIN COMPANY V. THE MISSOURI PACIFIC RAILWAY COMPANY et al., *Appellees,* and THE KEMPER GRAIN COMPANY, *Appellant.*

OPINION DENYING A REHEARING.

HEADNOTE BY THE REPORTER.

SALE OF WHEAT—*False Bill of Lading—Innocent Holder—Damages.* On the facts shown in the petition for rehearing, the opinion heretofore rendered in this case (*Grain Co. v. Railway Co.,* 94 Kan. 446, 146 Pac. 1180) is modified and the judgment of the district court, so modified, is affirmed.

Appeal from Sedgwick district court, division No. 1; THOMAS C. WILSON, judge. Opinion denying a rehearing and modifying original opinion filed May 18, 1915. (For original opinion of modification see 94 Kan. 446, 146 Pac. 1180.)

*Chester I. Long,* and *A. M. Cowan,* both of Wichita, for the Rall Grain Company.

*W. P. Waggener,* and *James M. Challis,* both of Atchison, for the Missouri Pacific Railway Company.

*J. Graham Campbell,* and *Ray Campbell,* both of Wichita, for the Kemper Grain Company.

*Per Curiam:* On a petition for rehearing it is shown that the judgment in favor of The E. G. Rall Grain Company against The Missouri Pacific Railway Company and The Kemper Grain Company (*Grain Co. v. Railway Co.,* 94 Kan. 446, 146 Pac. 1180) is excessive to the extent of $9.45. The error is conceded and the judgment in favor of the plaintiff should be reduced to $565.10, and The Missouri Pacific Railway Company will be entitled to no greater sum in the judgment over rendered against The Kemper Grain Company. It is also shown that Charles A. Baldwin, trustee, is not entitled to judgment against The Kemper Grain Company for $103.62 or any other sum by reason of his intervention in this action. The costs in the case will be taxed one-half to The Missouri Pacific Railway Company and one-half to The Kemper Grain Company.

The judgment of the district court will be modified in these respects, and, so modified, it is affirmed.